**REMAND / JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-4730-GW-MRWx | Date | August 29, 2024 |
|---|---|---|---|
| Title | *Healthcare Justice Coalition De Corp. v. The Cigna Group, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gary L. Tysch | Edward T. Kang |

**PROCEEDINGS:**   **TELEPHONIC HEARING ON PLAINTIFF'S MOTION FOR REMAND FOR LACK OF FEDERAL SUBJECT MATTER JURISDICTION [19]**

The Court's Tentative Ruling on Plaintiff's Motion [19] was issued on August 26, 2024 [27]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiff's Motion is GRANTED, and the action is remanded to state court.

|  |  | : | 01 |
|---|---|---|---|
| | Initials of Preparer | JG | |